COURT OF CRIMINAL APPEALS OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

RE: NAVARRO, OSCAR MARIO JR.

CCA NO. WR-82,366-02

TRIAL COURT CASE NO. 12-07-13541-B

CURRENT ADDRESS
OSCAR MARIO NAVARRO JR.
300. N. CAMERON
ALICE TEXAS 78332

THIS IS TO INFORM YOU OF MY ADDRESS CHANGE. ALSO. I RECEIVED THE ORDER DATED AND FILED OCT. 14. 2015. I WOULD PLEASE LIKE SOME MORE INFORMATION. I HAVE WRITTEN THE 79TH DISTRICT COURT IN JIM WELLS COUNTY PERTAINING TO THE ORDER. BUT HAVE YET TO RECEIVE AN ANSWER. I WOULD LIKE TO KNOW IF MY APPEAL HAS BEEN GRANTED. OR WEATHER THE COURT WILL WILL APPOINT AN INDIGINT ATTORNEY AND MAKE ADDITIONAL FINDINGS OF FACTS AND CONCLUSIONS OF LAW AS TO WHETHER APPLICANT WAS DENIDE HIS RIGHT TO A MEANINGFUL APPEAL. CAN YOU PLEASE SHED SOME LIGHT ON THIS MATTER. AFTER RECIEVED THE ORDER I RECIEVED A NOTICE OF PRE-TRIAL HEARING RE: 15-09-14215-CR, THE STATE OF TEXAS VS. OSCAR MARIO NAVARRO JR.

THE OFFENSE IS FROM 10/25/2012. I FEEL LIKE THE STATE IS USING THIS AS A SORT OF RETALIATION FOR THE ARTICLE 11.07